**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-6091**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

RYAN BRANDON LITTLE, a/k/a Casino,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Arenda L. Wright Allen, District Judge.  (2:18-cr-00143-AWA-RJK-2)

Submitted:  December 22, 2020                    Decided:  December 29, 2020

Before NIEMEYER, FLOYD, and RICHARDSON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ryan Brandon Little, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ryan Brandon Little appeals the district court's order denying his motion to appoint counsel. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Little*, No. 2:18-cr-00143-AWA-RJK-2 (E.D. Va. Jan. 3, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*